IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENIA BEDNAR | ) | CASE NO.: 1:14-cv-2485 |
| Plaintiff, | ) | |
| v. | ) | JUDGE PATRICIA A. GAUGHAN |
| CHARTER MANUFACTURING COMPANY, INC. | ) | **JOINT MOTION FOR APPROVAL OF THE SETTLEMENT AND DISMISSAL OF THE ACTION** |
| Defendant. | ) | **FILED UNDER SEAL** |

GRANTED. /s/ Patricia A. Gaughan 5/11/15

For the reasons set forth below, the parties hereby move this Court for an Order: (1) approving the parties' confidential settlement as fair and reasonable; and (2) dismissing this case, with prejudice, with each party to bear its own costs and attorneys' fees. In support of this motion, the parties state:

1. Plaintiff alleged in the Amended Complaint claims for alleged unpaid compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA").

2. Defendant contended that Plaintiff was not entitled to the claimed compensation for a variety of reasons.

3. Plaintiff and Defendant are represented by their respective counsel.

4. In an effort to reach a compromise and to avoid the expense and burden of litigation, the parties, without any admission of liability as to any of the asserted claims, have reached a confidential settlement of all claims asserted in the pending action, as well as any and all other claims, demands and causes of action that relate to or reasonably could have arisen out of the same facts alleged in the action, including attorneys' fees and costs, up to the date